# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOSEPH LINN and SIRIS LETENDRE,**

        **Plaintiff,**

        **-vs-**         Case No. 05-C-1338

**CITY OF MILWAUKEE,**

        **Defendant.**

## ORDER

Consistent with the stipulation of the parties, and the settlement agreement reached between the parties,

IT IS HEREBY ORDERED that the above-captioned matter be and hereby is dismissed, with prejudice, upon its merits, but without any additional costs to any party.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**